UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of CARL T. MADSEN, INC., d/b/a MADSEN ELECTRIC, a Washington corporation; and CARL T. MADSEN, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MACRO-Z TECHNOLOGY COMPANY, a California corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation; and GRAYBAR ELECTRIC COMPANY, INC., a New York corporation,<br><br>Defendants.<br>_____<br>GRAYBAR ELECTRIC COMPANY, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RSE-SIERRA SWITCHGEAR & TRANSFORMER SERVICE, INC., a California corporation; CLIFFORD STARK; CHRIS SCHALL; and | The Honorable Ronald B. Leighton<br><br>Case No. 09-5039-RBL<br><br>STIPULATION AND ORDER OF DISMISSAL OF CARL T. MADSEN, INC. d/b/a MADSEN ELECTRIC'S CLAIMS AGAINST MACRO-Z TECHNOLOGY COMPANY AND SAFECO INSURANCE COMPANY OF AMERICA |

STIPULATION AND ORDER OF
DISMISSAL AGAINST MACRO-Z
TECHNOLOGY AND SAFECO INS.– 1
94597.1 (#100056.1)

| | |
|---|---|
| 1 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, |
| 2 | |
| 3 | Third-Party Defendants. |

## **STIPULATION**

Plaintiff Carl T. Madsen, Inc. d/b/a Madsen Electric ("Madsen") and Macro-Z Technology Company ("MZT") and Safeco Insurance Company of America ("Safeco") by and through their undersigned counsel, stipulate and agree that all claims by Madsen against MZT and Safeco shall be dismissed with prejudice, and without costs and attorneys' fees to either party.

**MZT's claims against Madsen have been assigned to Madsen and remain in full force and effect.**

DATED this 31st day of July 2009.   DATED this 24th day of August, 2009.

**AHLERS & CRESSMAN PLLC**   **OLES MORRISON RINKER & BAKER LLP**

By:  /s/ Paul R. Cressman, Jr.
Paul R. Cressman, Jr., WSBA #7128
Douglas R. Roach, WSBA #21127
Ryan W. Sternoff, WSBA #37021
999 Third Avenue, Suite 3100
Seattle, Washington 98104-4088
Telephone: (206) 287-9900
Facsimile: (206) 287-9902
pcressman@ac-lawyers.com
droach@ac-lawyers.com
rsternoff@ac-lawyers.com
Attorneys for Plaintiff Carl T. Madsen, Inc., d/b/a Madsen Electric

By:/s/
James F. Nagle, WSBA No. 20736
Adam K. Lasky, WSBA No. 40517
701 Pike Street, Suite 1700
Seattle, WA 98101-3930
Phone: (206) 623-3427
Fax: (206) 682-6234
nagle@oles.com
lasky@oles.com
Attorneys for Defendants
Macro-Z Technology Company and
Safeco Insurance Company of America

STIPULATION AND ORDER OF DISMISSAL AGAINST MACRO-Z TECHNOLOGY AND SAFECO INS.–2
94597.1 (#100056.1)

LAW OFFICES OF
AHLERS & CRESSMAN PLLC
999 THIRD AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900   Fax: (206) 287-9902

# ORDER

It is hereby ORDERED, ADJUDGED, AND DECREED that all claims by Carl T. Madsen, Inc. d/b/a Madsen Electrick against Macro-Z Technology Company and Safeco Insurance Company of America are hereby dismissed with prejudice, and without costs and attorneys' fees to either party.

MZT's claims against Madsen have been assigned to Madsen and remain in full force and effect.

DONE IN OPEN COURT this 6th day of August, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

**AHLERS AND CRESSMAN PLLC**

By: /s/ Paul R. Cressman, Jr.
Paul R. Cressman, Jr., WSBA #7128
Douglas R. Roach, WSBA #21127
Ryan W. Sternoff, WSBA #37021
999 Third Avenue, Suite 3100
Seattle, Washington 98104-4088
Telephone: (206) 287-9900
Facsimile: (206) 287-9902
pcressman@ac-lawyers.com
droach@ac-lawyers.com
rsternoff@ac-lawyers.com
Attorneys for Carl T. Madsen, Inc.,
d/b/a Madsen Electric

STIPULATION AND ORDER OF DISMISSAL AGAINST MACRO-Z TECHNOLOGY AND SAFECO INS.–3
94597.1 (#100056.1)

LAW OFFICES OF
AHLERS & CRESSMAN PLLC
999 THIRD AVENUE, SUITE 3100
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900  Fax: (206) 287-9902

| | |
|---|---|
| 1 | |
| 2 | **OLES MORRISON RINKER & BAKER LLP** |
| 3 | |
| 4 | |
| 5 | By:/s/<br>James F. Nagle, WSBA No. 20736 |
| 6 | Adam K. Lasky, WSBA No. 40517<br>701 Pike Street, Suite 1700 |
| 7 | Seattle, WA 98101-3930<br>Phone: (206) 623-3427 |
| 8 | Fax: (206) 682-6234<br>nagle@oles.com |
| 9 | lasky@oles.com<br>Attorneys Defendants for Macro-Z |
| 10 | Technology Company and<br>Safeco Insurance Company of America |

STIPULATION AND ORDER OF DISMISSAL AGAINST MACRO-Z TECHNOLOGY AND SAFECO INS.–4

94597.1 (#100056.1)